of Iowa. Argued November 28, 1927. Decided December 5, 1927. *Per Curiam.* Writ of error is dismissed for want of a final judgment in the highest court of the State as required by § 237 (a) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), on the authority of *Haseltine* v. *Central Bank of Springfield* (*No. 1*), 183 U. S. 130, 131; *Arnold* v. *United States,* 263 U. S. 427, 434. *Mr. George S. Wright* for plaintiff in error. *Mr. Charles E. Swanson* was on the brief for defendants in error.

No. 87. E. PAUL YASELLI *v.* GUY D. GOFF. On writ of certiorari to the Circuit Court of Appeals for the Second Circuit. Argued November 28, 29, 1927. Decided December 5, 1927. *Per Curiam.* Affirmed on the authority of *Bradley* v. *Fisher,* 13 Wall. 335, 347; *Alzua* v. *Johnson,* 231 U. S. 106, 111. *Mr. S. Lawrence Miller,* with whom *Messrs. Alfred Circeo* and *E. Paul Yaselli, pro se,* were on the brief, for petitioner. *Messrs. James M. Beck* and *J. Harlin O'Connell,* with whom *Mr. Nathan A. Smyth* was on the brief, for respondent.

No. 90. INTERNATIONAL-GREAT NORTHERN RAILROAD COMPANY AND EWING NORWOOD AND A. F. FISHER *v.* RAILROAD COMMISSION OF TEXAS. Error to the Court of Civil Appeals, Third Supreme Judicial District, State of Texas. Argued November 29, 1927. Decided December 5, 1927. *Per Curiam.* Affirmed on the authority of *Railroad Commission of California* v. *Southern Pacific Company,* 264 U. S. 331, 345. *Mr. W. L. Cook,* with whom *Messrs. Frank Andrews* and *Samuel B. Dabney* were on the brief, for plaintiffs in error. *Mr. D. A. Simmons,* with whom *Messrs. Claude Pollard, Charles H. Bates, Dan Moody* and *J. H. Tallichet* were on the brief, for defendants in error.